IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **MICHAEL A. WITHEE,** Defendant. | PO-22-05025-BLG-TJC **ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE** Violation No. FBDG008Z Location Code: M6H |

Based on motion of the United States and for good cause shown,

IT IS ORDERED that the motion to dismiss (Doc. 9), with prejudice, Violation Notice FBDG008Z is GRANTED.  This matter is dismissed, with prejudice, as fully adjudicated.

DATED this 9th day of January, 2023.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge